UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In re: | ) | Case No. 12-05805 (JBS) |
| | ) | |
| NATHAN E. STRONG, JR., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Jack Schmetterer |

**WELLS FARGO BANK, N.A.'S FINAL EXHIBIT
LIST FOR JUNE 28, 2018 EVIDENTIARY HEARING**

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | Wells Fargo Bank N.A. Proof of Claim (Claim 2-1, filed 03/19/12) |
| 2 | Agreed Order Resolving Adversary Proceeding (Dkt. No. 7, filed 05/17/12) |
| 3 | Debtor's Modified Chapter 13 Plan (Dkt. No. 78, filed 08/01/12) |
| 4 | Order Confirming Debtor's Chapter 13 Plan (Dkt. No. 83, filed 08/27/12) |
| 5 | Wells Fargo's Motion To Modify The Automatic Stay (Dkt. No. 147, filed 01/24/18) |
| 6 | Order Modifying Stay (Dkt. No. 149, filed 01/31/18) |
| 7 | Order of Discharge (Dkt. No. 158, filed 03/14/18) |
| 8 | Note for Subject Property, dated May 26, 2006, executed by Debtor |
| 9 | Mortgage for Subject Property, dated May 26, 2006, executed by Debtor |
| 10a | Escrow Statement for Subject Property Feb. 2011 - Feb. 2012 (Redacted pursuant to FRBP 9037) |
| 10b | Escrow Statement for Subject Property Feb. 2012 - Feb. 2013 (Redacted pursuant to FRBP 9037) |
| 10c | Escrow Statement for Subject Property Mar. 2013 - Feb. 2014 (Redacted pursuant to FRBP 9037) |
| 10d | Escrow Statement for Subject Property Mar. 2014 - Feb. 2015 (Redacted pursuant to FRBP 9037) |
| 10e | Escrow Statement for Subject Property Jan. 2016 - July 2016 (Redacted pursuant to FRBP 9037) |
| 10f | Escrow Statement for Subject Property Aug. 2016 - Oct. 2016 (Redacted pursuant to FRBP 9037) |
| 10g | Escrow Statement for Subject Property Nov. 2016 - Oct. 2017 (Redacted pursuant to FRBP 9037) |

46826206v.2

Dated: June 26, 2018 Respectfully submitted,

WELLS FARGO BANK, N.A.

By: */s/ James B. Sowka*
James B. Sowka (6291998)
Paul Yovanic (6327815)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5325
jsowka@seyfarth.com

*Counsel to Wells Fargo Bank, N.A.*

46826206v.2

# CERTIFICATE OF SERVICE

      I, Paul Yovanic, an attorney, certify that on June 26, 2018, I caused a copy of the attached **Wells Fargo Bank N.A.'s Final Exhibit List** to be served through the Court's ECF via electronic mail as follows:

Paul M. Bach
Penelope N. Bach
BACH LAW OFFICES
paul@bachoffices.com
pnbach@bachoffices.com
*Counsel for Debtor*

Ben L. Schneider
SCHNEIDER & STONE
ben@windycitylawgroup.com
*Counsel for Debtor*

Tom Vaughan
ecf@tvch13.net
ecfchi@gmail.com
*Trustee*

Patrick S. Layng
Office of the U.S. Trustee, Region 11
USTPRegion11.ES.ECF@usdoj.gov
*U.S. Trustee*

    /s/ Paul Yovanic
    Paul Yovanic (6327815)
    SEYFARTH SHAW LLP
    233 S. Wacker Dr., Suite 8000
    Chicago, Illinois 60606
    (312) 460-5898
    pyovanic@seyfarth.com

46826206v.2