UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re: | ) | Case No. 12-05805 (JBS) |
| | ) | |
| NATHAN E. STRONG, JR., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Jack Schmetterer |

## WELLS FARGO BANK, N.A.'S FINAL WITNESS LIST
## FOR JUNE 28, 2018 EVIDENTIARY HEARING

Pursuant to the Order (Dkt. No. 177) entered by the Court on May 18, 2018, Wells Fargo Bank, N.A. ("Wells Fargo") submits the following list of witnesses that it intends to call at the evidentiary hearing on Debtor's Motion to Compel Release of Mortgage by Wells Fargo Bank, N.A. and Seeking Sanctions Pursuant to Fed. R. Bankr. P. 9020 For Civil Contempt for Violations of the Discharge Injunction Against Wells Fargo Bank, N.A. (Dkt. No. 164):

1. Brooke A. Bosier
   Loan Verification Consultant, Wells Fargo Bank, N.A.

2. Nathan E. Strong, Jr.
   Debtor

3. Any witness not listed herein that is listed on Debtor's witness list.

4. Any witness necessary for impeachment or rebuttal purposes.

Dated: June 26, 2018                              Respectfully submitted,

                 WELLS FARGO BANK, N.A.

                 By: */s/ James B. Sowka*
                   James B. Sowka (6291998)
                   Paul Yovanic (6327815)
                   SEYFARTH SHAW LLP
                   233 South Wacker Drive, Suite 8000
                   Chicago, Illinois 60606
                   Telephone: (312) 460-5325
                   jsowka@seyfarth.com

                 *Counsel to Wells Fargo Bank, N.A.*

46826504v.3

# CERTIFICATE OF SERVICE

      I, Paul Yovanic, an attorney, certify that on June 26, 2018, I caused a copy of the attached **Wells Fargo Bank N.A.'s Final Witness List** to be served through the Court's ECF via electronic mail as follows:

Paul M. Bach
Penelope N. Bach
BACH LAW OFFICES
paul@bachoffices.com
pnbach@bachoffices.com
*Counsel for Debtor*

Ben L. Schneider
SCHNEIDER & STONE
ben@windycitylawgroup.com
*Counsel for Debtor*

Tom Vaughan
ecf@tvch13.net
ecfchi@gmail.com
*Trustee*

Patrick S. Layng
Office of the U.S. Trustee, Region 11
USTPRegion11.ES.ECF@usdoj.gov
*U.S. Trustee*

    /s/ Paul Yovanic
    Paul Yovanic (6327815)
    SEYFARTH SHAW LLP
    233 S. Wacker Dr., Suite 8000
    Chicago, Illinois 60606
    (312) 460-5898
    pyovanic@seyfarth.com